# McGillivary Steele Elkin LLP

Sara L. Faulman
slf@mselaborlaw.com

November 21, 2022

**VIA ECF**

Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   *Disla, et al. v. City of New York*, Case No. 22-CV-06693 (JMF) (SN)

Dear Judge Rochon:

I represent the Plaintiffs in this matter. Consistent with this Court's September 30, 2022, Order (Dkt. 21) and the Court's Individual Rules and Practices, I write on behalf of both parties to respectfully request a postponement of the Initial Pretrial Conference currently scheduled for December 2, 2022, at 10:00 AM. This is the parties' first request for a postponement of the Initial Pretrial Conference.

The parties respectfully request the postponement to permit them to engage in mediation, which is currently scheduled for January 19, 2023. The parties have been in communication with each other regarding the upcoming mediation and have begun the process of exchanging the necessary data to calculate damages. Because both parties are hopeful that mediation will ultimately prove successful, we respectfully request that the Court postpone the Initial Pretrial Conference and order the parties to submit a written status report to the Court within seven (7) days of the conclusion of mediation.

Thank you for your consideration.

Respectfully submitted,

*/s/ Sara L. Faulman*
Sara L. Faulman

cc: All Counsel (via ECF)

Application GRANTED. The December 2, 2022 conference is adjourned without date. IT IS HEREBY ORDERED that the parties shall file a joint letter updating the Court as to the status of settlement no later than **January 30, 2023.**

Dated: November 21, 2022
       New York, New York

SO ORDERED

*Jennifer Rochon*

JENNIFER L. ROCHON
United States District Judge