```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

**DELVY DISLA, et al.,**

                              **Plaintiffs,**                            **22-CV-06693 (JLR)(SN)**

            **-against-**                                                     **ORDER**

**CITY OF NEW YORK,**

                              **Defendant.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On March 14, 2023, the parties were ordered to file or e-mail a letter on the status of settlement negotiations by April 3, 2023. As no such filing has been made, the parties are directed to do so no later than April 12, 2023.

**SO ORDERED.**

                                                                    _____
                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:       April 6, 2023
                    New York, New York