UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DELVY DISLA, et al.,

                              **Plaintiffs,**

      -against-

**CITY OF NEW YORK,**

                              **Defendant.**

-------------------------------------------------------------X

**22-CV-06693 (SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/2023

**SARAH NETBURN, United States Magistrate Judge:**

On April 21, 2023, the Honorable Jennifer L. Rochon referred this case to my docket to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. ECF No. 44.

The parties appeared before the Court for a settlement conference on April 20, 2023 and agreed to the terms of a settlement in principle. Accordingly, the parties are instructed to submit the executed settlement agreement for the Court's review no later than Tuesday, May 11, 2023.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    April 24, 2023
              New York, New York