

Sara L. Faulman
slf@mselaborlaw.com

May 19, 2023

**VIA EMAIL**
Hon. Sarah Netburn
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
Netburn_NYSDChambers@nysd.uscourts.gov

Re: *Disla, et al. v. City of New York*, Case No. 1:22-cv-06693-JLR-SN
**Parties' Proposed Settlement Agreement**

Dear Judge Netburn:

    We represent the Plaintiffs in the above-referenced case. With counsel for the Defendant City of New York, Plaintiffs respectfully submit this letter on behalf of all Parties regarding the proposed Settlement Agreement ("Agreement" or "Settlement") between Plaintiffs and Defendant, the City of New York ("City"), in the above-referenced case brought under the Fair Labor Standards Act ("FLSA"). The signed Settlement Agreement (Exhibit 1), and a Proposed Order (Exhibit 2) are attached for your review.

    For the reasons the Parties discussed during the in-person mediation before Your Honor on April 20, 2023, the Settlement is a fair and reasonable resolution of a *bona fide* dispute, will adequately compensate Plaintiffs for the overtime pay issues that are the subject matter of this litigation and represents an overall favorable outcome for Plaintiffs. Accordingly, the Parties respectfully submit that the Settlement, in its entirety, is fair and reasonable and should be approved by the Court.

Sincerely,

McGILLIVARY STEELE ELKIN LLP

Sara L. Faulman

cc: All Counsel of Record (via ECF)